`<!--  -->`
```
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE ESTAE OF RICHARD DONALD PFISTER, JR., by his Personal Representative, ANGEL GOODIN, | Case No.: 2:09-cv-10981<br>Hon. Patrick J. Duggan<br>Mag. Paul J. Komives |
| Plaintiff, | |
| v. | |
| COUNTY OF MACOMB, a Municipal Corporation, MARK HACKEL, Sheriff of the County of Macomb, CORRECTIONAL MEDICAL SERVICES, INC., a Missouri Corporation, BEVERLY PUCHOVEN, JAMES HARRIS, CHRISTOPHER COSTANZO, FNU JONES, DAVID WHITE, MARIA BALSAMA, PATRICK JONES, SGT. PATRICK JOHNSON, NURSE ANGELA VETTRAINO, and NURSE KATHY HAWKINS, under agents of the Municipal Corporate Defendants. | |
| Defendants. | |

_____/

| | |
|---|---|
| Drazin & Romano, P.L.L.C.<br>Daniel G. Romano (P49117)<br>Attorneys for Plaintiff<br>2000 Town Center, Ste. 900<br>Southfield, MI 48075<br>(248)747-4594<br><br>Garin Lucow Miller, P.C.<br>Jami E. Leach (P53524)<br>Attorney for Defendants: Macomb, Hackel, Puchoven, Harris, Costanzo, Scott Jones, White, Balsama and Sgt. Patrick Johnson, only<br>1000 Woodbridge Street<br>Detroit, MI 48207 | The JuipRichtarcik Law Firm<br>Brian J. Richtarcik (P49390)<br>Randall A. Juip (P58538)<br>Attorneys for Defendants, Correctional Medical Services, Inc., Angela Vettraino, R.N., and Kathy Hawkins, L.P.N., only<br>The Penobscot Building<br>645 Griswold, Ste. 3850<br>Detroit, MI 48226<br>Ph(313)859-5900; fax(313)859-5959 |

_____/

**PROTECTIVE ORDER PERMITTING DOCUMENTS TO BE FILED UNDER SEAL**

2

This matter having come before this Court on Defendants' Motion For Protective Order To File Documents Under Seal, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE,

IT IS HEREBY ORDERED that the original and any copies of Plaintiff's personal and confidential records filed by Defendants with this Court in the above-captioned case be placed under seal and not incorporated into the regular record of this case.

IT IS FURTHER ORDERED that Defendants' Motion For Protective Order To File Documents Under Seal is GRANTED, and the personal and confidential records filed under seal pursuant to this Order shall remain under seal under further Order of this Court.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 28, 2009, by electronic and/or ordinary mail.
        s/Marilyn Orem
        Case Manager