UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF
RICHARD DONALD PFISTER, JR.,

    Plaintiff,

v.

COUNTY OF MACOMB, MARK HACKEL,
CORRECTIONAL MEDICAL SERVICES,
BEVERLY PUCHOVEN, JAMES HARRIS,
CHRISTOPHER COSTANZA, DAVID
WHITE, MARIA BALSAMA, SCOTT JONES,
SGT. PATRICK JOHNSON, NURSE
ANGELA VETTRAINO, NURSE KATHY
HAWKINS,

    Defendants.
_____/

Case No. 09-10981
Honorable Patrick J. Duggan

## JUDGMENT

This is a wrongful death action arising out of the death of Richard Donald Pfister, Jr. ("Mr. Pfister") during his incarceration at the Macomb County Jail. Mr. Pfister's estate has brought claims pursuant to 42 U.S.C. § 1983 alleging that the individual Defendants were deliberately indifferent to Mr. Pfister's medical needs in violation of the Eighth Amendment and that Macomb County and/or CMS maintained a policy or custom that caused the Eighth Amendment violation. Macomb County and its employees named as defendants previously filed a motion for summary judgment, which this Court granted in an opinion and order entered on October 30, 2009. In an opinion and order issued on this date, the Court granted a motion for summary judgment filed by CMS and its

employees named as defendants.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: January 19, 2010                    _____
                                          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Daniel G. Romano, Esq.
Brian Richtarcik, Esq.
Jami E. Leach, Esq.